GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

RANDALL C. WHATTOFF        9487-0
   rwhattoff@goodsill.com
First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawai'i   96813
Telephone:  (808) 547-5600
Facsimile:  (808) 547-5880

Attorneys for Defendants
FOUR SEASONS HOTELS LIMITED;
3900 WA ASSOCIATES, LLC dba
FOUR SEASONS RESORT MAUI AT WAILEA; and
HUALALAI INVESTORS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VINCENT KHOURY TYLOR and VINCENT SCOTT TYLOR,<br><br>        Plaintiffs,<br><br>vs.<br><br>FOUR SEASONS HOTELS LIMITED, a Canada Corporation, dba FOUR SEASONS RESORT MAUI AT WAILEA and/or FOUR SEASONS RESORT HUALALAI; 3900 WA ASSOCIATES, LLC, a Delaware Corporation, dba FOUR SEASONS RESORT MAUI AT WAILEA; HUALALAI INVESTORS, LLC, a Delaware Corporation; JOHN DOES 1- | CV 16-00177 BMK<br><br>DEFENDANTS FOUR SEASONS HOTELS LIMITED; 3900 WA ASSOCIATES, LLC dba FOUR SEASONS RESORT MAUI AT WAILEA; AND HUALALAI INVESTORS, LLC'S CORPORATE DISCLOSURE STATEMENT; CERTIFICATE OF SERVICE |

10; JANE DOES 1-10; DOE
CORPORATIONS 1-10; DOE
PARTNERSHIPS 1-10; and DOE
ASSOCIATIONS 1-10,

          Defendants.

**DEFENDANTS FOUR SEASONS HOTELS LIMITED; 3900 WA ASSOCIATES, LLC DBA FOUR SEASONS RESORT MAUI AT WAILEA; AND HUALALAI INVESTORS, LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Four Seasons Hotels Limited; 3900 WA Associates, LLC dba Four Seasons Resort Maui at Wailea; and Hualalai Investors, LLC file this Corporate Disclosure Statement and respectfully state as follows:

      Defendant Four Seasons Hotels Limited is a wholly owned subsidiary of Four Seasons Holdings, Inc., a privately-held corporation organized under the laws of the Province of British Columbia, Canada. No publicly-held corporations own ten percent or more of the stock of Four Seasons Hotels Limited.

      Defendant 3900 WA Associates, LLC is managed by 3900 WA Management, Inc., a privately-held Delaware corporation. No publicly-held corporations own ten percent or more of 3900 WA Associates, LLC.

Defendant Hualalai Investors, LLC is managed by Hualalai Investors Mezz, LLC, a Delaware limited liability company. No publicly-held corporations own ten percent or more of Hualalai Investors, LLC.

DATED: Honolulu, Hawaiʻi, May 10, 2016.

/s/ Randall C. Whattoff
RANDALL C. WHATTOFF

Attorney for Defendants
FOUR SEASONS HOTELS LIMITED;
3900 WA ASSOCIATES, LLC dba
FOUR SEASONS RESORT MAUI AT WAILEA;
HUALALAI INVESTORS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VINCENT KHOURY TYLOR and VINCENT SCOTT TYLOR,<br><br>    Plaintiffs,<br><br>vs.<br><br>FOUR SEASONS HOTELS LIMITED, a Canada Corporation, dba FOUR SEASONS RESORT MAUI AT WAILEA and/or FOUR SEASONS RESORT HUALALAI; 3900 WA ASSOCIATES, LLC, a Delaware Corporation, dba FOUR SEASONS RESORT MAUI AT WAILEA; HUALALAI INVESTORS, LLC, a Delaware Corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ASSOCIATIONS 1-10,<br><br>    Defendants. | CV 16-00177 BMK<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document was served on the following on the date noted below:

**Served Electronically through CM/ECF**

J. Stephen Street, Esq.  jsstreet@ip-law-hawaii.com
134 Maono Place
Honolulu, Hawaiʻi   96821
    and
Dane Anderson, Esq.  dane@andersonlawhawaii.com
P.O. Box #1621
Honolulu, Hawaiʻi 96806

Attorneys for Plaintiffs

DATED:  Honolulu, Hawaiʻi,  May 10, 2016.


       /s/ Randall C. Whattoff
       RANDALL C. WHATTOFF

       Attorney for Defendants
       FOUR SEASONS HOTELS LIMITED;
       3900 WA ASSOCIATES, LLC dba
       FOUR SEASONS RESORT MAUI AT WAILEA;
       HUALALAI INVESTORS, LLC