GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

RANDALL C. WHATTOFF         9487-0
    rwhattoff@goodsill.com
First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawai'i  96813
Telephone:  (808) 547-5600
Facsimile:  (808) 547-5880

Attorney for Defendants
FOUR SEASONS HOTELS LIMITED;
3900 WA ASSOCIATES, LLC dba
FOUR SEASONS RESORT MAUI AT WAILEA; and
HUALALAI INVESTORS, LLC,

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| VINCENT KHOURY TYLOR and VINCENT SCOTT TYLOR,<br><br>Plaintiffs,<br><br>vs.<br><br>FOUR SEASONS HOTELS LIMITED, a Canada Corporation, dba FOUR SEASONS RESORT MAUI AT WAILEA and/or FOUR SEASONS RESORT HUALALAI; 3900 WA ASSOCIATES, LLC, a Delaware Corporation, dba FOUR SEASONS RESORT MAUI AT WAILEA; HUALALAI INVESTORS, LLC, a Delaware Corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE | CV 16-00177 ACK-RLP<br><br>DEFENDANTS FOUR SEASONS HOTELS LIMITED; 3900 WA ASSOCIATES, LLC dba FOUR SEASONS RESORT MAUI AT WAILEA; AND HUALALAI INVESTORS, LLC'S SCHEDULING CONFERENCE STATEMENT; CERTIFICATE OF SERVICE<br><br>Date:  July 6, 2016<br>Time:  9:30 a.m.<br>Judge:  Hon. Richard Puglisi |

CORPORATIONS 1-10; DOE
PARTNERSHIPS 1-10; and DOE
ASSOCIATIONS 1-10,

          Defendants.

**DEFENDANTS FOUR SEASONS HOTELS LIMITED; 3900 WA ASSOCIATES, LLC DBA FOUR SEASONS RESORT MAUI AT WAILEA; AND HUALALAI INVESTORS, LLC'S SCHEDULING CONFERENCE STATEMENT**

Defendants Four Seasons Hotels Limited; 3900 WA Associates, LLC dba Four Seasons Resort Maui at Wailea; and Hualalai Investors, LLC (collectively, "Defendants") hereby submit their Scheduling Conference Statement pursuant to Rule 16.2(b) of the Local Rules for the United States District Court for the District of Hawaiʻi.

## I. NATURE OF THE CASE

Plaintiffs Vincent Khoury Tylor and Vincent Scott Tylor (collectively "Plaintiffs") are photographers who display their photographs on various websites. Four Seasons is a hotel management company that manages the Four Seasons Resort Maui at Wailea and the Four Seasons Resort Hualalai. The Four Seasons Resort Maui at Wailea is owned by 3900 WA Associates, LLC, and the Four Seasons Resort Hualalai is owned by Hualalai Investors, LLC. Like many hotels, Defendants maintain social media accounts on Facebook, Twitter, Instagram, and Pinterest.

Plaintiffs allege that Defendants linked to six of their images on Pinterest. Pinterest describes itself as a "social bookmarking site," and it is designed to allow users to assemble links to photographs, websites, and other content that the user finds on the Internet. Pinterest users find content on the Internet that is of interest to them, and then "pin" that content to their Pinterest account. In addition to creating new pins, Pinterest users can also re-pin to their own account items that are already on Pinterest. Defendants are not aware of any case where a company or individual has been found to have committed copyright infringement for pinning or re-pinning content on Pinterest. Once Plaintiffs informed Defendants that they objected to the pins, Defendants immediately removed them from their Pinterest accounts.

In the last three years, Plaintiffs have filed approximately 30 complaints in the United States District Court for the District of Hawaiʻi asserting claims for copyright infringement and/or violations of the Digital Millennium Copyright Act ("DMCA"). Plaintiffs images are widely available for download across the Internet. A reverse image search[1] on Plaintiffs' images returns hundreds of instances of the images, and many of these copies do not have any information

---

[1] In a "reverse image search," the user provides a search engine with an image, and the search engine retrieves different iterations of the image from the Internet.

related to the photographer. Plaintiffs' images are hosted on a myriad of websites that purport to offer free images for use by the public.

Although this case is in the very early stages, Defendants believe that the wide availability of these images is due, in large part, to Plaintiffs' posting of their photographs on personal websites and on HawaiiArt.com without any watermark or other measures that would have prevented their widespread dissemination. Watermarks and other copy prevention techniques are standard practice for photography agencies that license their images. Instead of implementing these standard techniques, Plaintiffs included a small signature on one of the lower corners of each image.

## II. STATEMENT OF JURISDICTION AND VENUE

This Court has subject-matter jurisdiction over Plaintiffs' claims pursuant to 28 U.S.C. § 1331 ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States") and 28 U.S.C. § 1338(a) ("The district courts shall have original jurisdiction of any civil action arising under any Act of Congress relating to patents, plant variety protection, copyrights and trademarks.").

Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(1) and (2). Upon information and belief, all defendants are residents of Hawai'i and a

substantial part of the events or omissions giving rise to the claims in this action occurred in this district.

### III. JURY DEMAND

Neither party has demanded a jury.

### IV. STATEMENT REGARDING INITIAL DISCLOSURES

On June 16, 2016, counsel for both parties met and conferred via telephone conference call pursuant to Rule 26(f) of the Federal Rules of Civil Procedure. Pursuant to Rule 26(a)(1)(C) and the agreement of the parties, initial disclosures are being made on July 8, 2016.

### V. STATUS OF DISCOVERY

No discovery has occurred yet.

### VI. SPECIAL PROCEDURES

The parties have discussed the potential for requesting an early settlement conference. If the parties cannot reach an agreement among themselves, Defendants are willing to pursue an early settlement conference with Magistrate Judge Puglisi or with any of the Magistrate Judges in Hawai'i. Defendants will be prepared to discuss the possibility of such a conference at the scheduling conference.

## VII.  ADDITIONAL MATTERS

Defendants do not believe there are any additional issues that need to be addressed at this time.

## VIII. STATEMENT OF RELATED CASES

There are no related cases.

DATED:  Honolulu, Hawai'i, June 29, 2016.


/s/ Randall C. Whattoff
RANDALL C. WHATTOFF

Attorneys for Defendants
FOUR SEASONS HOTELS LIMITED;
3900 WA ASSOCIATES, LLC dba
FOUR SEASONS RESORT MAUI AT WAILEA;
HUALALAI INVESTORS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| VINCENT KHOURY TYLOR and VINCENT SCOTT TYLOR,<br><br>             Plaintiffs,<br><br>vs.<br><br>FOUR SEASONS HOTELS LIMITED, a Canada Corporation, dba FOUR SEASONS RESORT MAUI AT WAILEA and/or FOUR SEASONS RESORT HUALALAI; 3900 WA ASSOCIATES, LLC, a Delaware Corporation, dba FOUR SEASONS RESORT MAUI AT WAILEA; HUALALAI INVESTORS, LLC, a Delaware Corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ASSOCIATIONS 1-10,<br><br>             Defendants. | CV 16-00177 ACK-RLP<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on the following on the date noted below:

5864375.1

| | |
|---|---|
| J. Stephen Street, Esq. | jsstreet@ip-law-hawaii.com |
| 134 Maono Place | |
| Honolulu, Hawaiʻi 96821 | |
| and | |
| Dane Anderson, Esq. | dane@andersonlawhawaii.com |
| P.O. Box #1621 | |
| Honolulu, Hawaiʻi 96806 | |

Attorneys for Plaintiffs

DATED: Honolulu, Hawaiʻi, June 29, 2016.


/s/ Randall C. Whattoff
RANDALL C. WHATTOFF

Attorney for Defendants
FOUR SEASONS HOTELS LIMITED;
3900 WA ASSOCIATES, LLC dba
FOUR SEASONS RESORT MAUI AT WAILEA;
HUALALAI INVESTORS, LLC