J. STEPHEN STREET   1573-0
Attorney At Law
134 Maono Place
Honolulu, Hawaii  96821
Telephone No.:    (808) 754-1647
Facsimile No.:    (888) 334-6499
E-mail:    jsstreet@ip-law-hawaii.com

DANE ANDERSON    9349-0
Attorney At Law, LLLC
P.O. Box #1621
Honolulu, Hawaii  96806
Telephone No.:    (808) 285-4760
E-mail:    dane@andersonlawhawaii.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VINCENT KHOURY TYLOR and VINCENT SCOTT TYLOR, | CIVIL NO. 16-00177 ACK-RLP (Copyright Infringement) |
| Plaintiffs, | CERTIFICATE OF SERVICE |
| vs. | |
| FOUR SEASONS HOTELS LIMITED, a Canada Corporation, dba FOUR SEASONS RESORT MAUI AT WAILEA and/or FOUR SEASONS RESORT HUALALAI; 3900 WA ASSOCIATES, LLC, a Delaware Corporation, dba FOUR SEASONS RESORT MAUI AT WAILEA; HUALALAI INVESTORS, LLC, a Delaware Corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE | |

| | |
|---|---|
| PARTNERSHIPS 1-10; and DOE ASSOCIATIONS 1-10, | )<br>)<br>) |
| Defendants. | )<br>) |
| _____ | ) |

# CERTIFICATE OF SERVICE

I hereby certify that three (3) true and correct copies of the Plaintiffs' First Request for Production of Documents and Things to Defendants FOUR SEASONS HOTELS LIMITED, 3900 WA ASSOCIATES, LLC, and HUALALAI INVESTORS, LLC, pursuant to Federal Rule of Civil Procedure 34, was served on the following on the date and via the means noted below:

**Served by Hand Delivery:**

Randall C. Whattoff, Esq.
Goodsill Anderson Quinn & Stifel LLP
First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendants FOUR SEASONS HOTELS LIMITED, 3900 WA ASSOCIATES, LLC, and HUALALAI INVESTORS, LLC

DATED: Honolulu, Hawaii, September 9, 2016.

/s/ Dane Anderson
J. STEPHEN STREET
DANE ANDERSON
Attorneys for Plaintiffs