COX FRICKE LLP
A LIMITED LIABILITY LAW PARTNERSHIP LLP

RANDALL C. WHATTOFF         9487-0
   rwhattoff@cfhawaii.com
KAMALA S. HAAKE              9515-0
   khaake@cfhawaii.com
800 Bethel Street, Suite 600
Honolulu, Hawai'i 96813
Telephone: (808) 585-9440
Facsimile: (808) 275-3276

Attorneys for Defendants
FOUR SEASONS HOTELS LIMITED,
3900 WA ASSOCIATES, LLC dba
FOUR SEASONS RESORT MAUI AT WAILEA
and HUALALAI INVESTORS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VINCENT KHOURY TYLOR and VINCENT SCOTT TYLOR,<br><br>            Plaintiffs,<br><br>vs.<br><br>FOUR SEASONS HOTELS LIMITED, a Canada Corporation, dba FOUR SEASONS RESORT MAUI AT WAILEA and/or FOUR SEASONS RESORT HUALALAI; 3900 WA ASSOCIATES, LLC, a Delaware Corporation, dba FOUR SEASONS RESORT MAUI AT WAILEA; HUALALAI INVESTORS, LLC, a Delaware Corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE | CV 16-00177 ACK-RLP<br><br>CERTIFICATE OF SERVICE<br><br>(Re: Defendants Four Seasons Hotels Limited, 3900 WA Associates, LLC dba Four Seasons Resort Maui at Wailea and Hualalai Investors, LLC's Response to Plaintiffs' First Request for Production of Documents and Things Dated September 9, 2016) |

| | | |
|---|---|---|
| CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ASSOCIATIONS 1-10, | | |
| Defendants. | | |

## CERTIFICATE OF SERVICE

I hereby certify that, on the date noted below, a true and correct copy of *Defendants Four Seasons Hotels Limited, 3900 WA Associates, LLC dba Four Seasons Resort Maui at Wailea and Hualalai Investors, LLC's Response to Plaintiffs' First Request for Production of Documents and Things Dated September 9, 2016* were served on this date in the following manner:

| | HAND DELIVERY | U.S. MAIL POSTAGE PREPAID | CM/ECF |
|---|---|---|---|
| J. STEPHEN STREET, ESQ.<br>134 Maono Place<br>Honolulu, Hawai'i 96821<br>jsstreet@ip-law-hawaii.com | [ ] | [ X ]<br>Original and one copy | [ ] |

| DANE ANDERSON, ESQ.<br>P.O. Box #1621<br>Honolulu, Hawai'i 96806<br>dane@andersonlawhawaii.com<br><br>Attorneys for Plaintiffs | [ ] | [ X ]<br>One copy | [ ] |

DATED: Honolulu, Hawai'i, October 31, 2016.

_____
RANDALL C. WHATTOFF
KAMALA S. HAAKE

Attorneys for Defendants
FOUR SEASONS HOTELS LIMITED,
3900 WA ASSOCIATES, LLC dba
FOUR SEASONS RESORT MAUI AT
WAILEA and HUALALAI INVESTORS, LLC