# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 16-00177ACK-RLP |
| CASE NAME: | Vincent Khoury Tylor, et al., Four Seasons Hotels Limited, et al., |
| ATTYS FOR PLA: | Dane K. Anderson, Esq.<br>J. Stephen Street, Esq. |
| ATTY FOR DEFT: | Randall C. Whattoff, Esq. |

| | | | |
|---|---|---|---|
| JUDGE: | Richard L. Puglisi | REPORTER: | In chambers - not reported |
| DATE: | December 20, 2016 | TIME: | 10:00 a.m. - 1:00 p.m. |

COURT ACTION:  EP          SETTLEMENT CONFERENCE

Settlement Conference held.

Case did not settle.

Submitted by: Mary Feria, Courtroom Manager