COX FRICKE LLP
A LIMITED LIABILITY LAW PARTNERSHIP LLP

RANDALL C. WHATTOFF          9487-0
     rwhattoff@cfhawaii.com
KAMALA S. HAAKE              9515-0
     khaake@cfhawaii.com
800 Bethel Street, Suite 600
Honolulu, Hawaiʻi  96813
Telephone:  (808) 585-9440
Facsimile:   (808) 275-3276

Attorneys for Defendants
FOUR SEASONS HOTELS LIMITED,
3900 WA ASSOCIATES, LLC dba
FOUR SEASONS RESORT MAUI AT WAILEA
and HUALALAI INVESTORS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VINCENT KHOURY TYLOR and VINCENT SCOTT TYLOR,<br><br>              Plaintiffs,<br><br>     vs.<br><br>FOUR SEASONS HOTELS LIMITED, a Canada Corporation, dba FOUR SEASONS RESORT MAUI AT WAILEA and/or FOUR SEASONS RESORT HUALALAI; 3900 WA ASSOCIATES, LLC, a Delaware Corporation, dba FOUR SEASONS RESORT MAUI AT WAILEA; HUALALAI INVESTORS, LLC, a Delaware Corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE | CV 16-00177 ACK-RLP<br><br>CERTIFICATE OF SERVICE<br><br>(Re:  Defendant Four Seasons Hotels Limited's Notice of Taking Deposition Upon Oral Examination)<br><br>*[Vincent Khoury Tylor Vincent Scott Tylor]*<br><br>No Trial Date Set |

PARTNERSHIPS 1-10; and DOE
ASSOCIATIONS 1-10,

                      Defendants.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of *Defendant Four Seasons Hotels*

*Limited's Notice of Taking Deposition Upon Oral Examination [Vincent Khoury*

*Tylor, Vincent Scott Tylor]* was served on this date in the following manner:

| | HAND DELIVERY | U.S. MAIL POSTAGE PREPAID | CM/ECF |
|---|---|---|---|
| J. STEPHEN STREET, ESQ.<br>134 Maono Place<br>Honolulu, Hawaiʻi  96821<br>jsstreet@ip-law-hawaii.com | [  ] | [ X ] | [  ] |
| DANE ANDERSON, ESQ.<br>P.O. Box #1621<br>Honolulu, Hawaiʻi  96806<br>dane@andersonlawhawaii.com<br><br>Attorneys for Plaintiffs | [  ] | [ X ] | [  ] |

DATED:  Honolulu, Hawaiʻi, December 22, 2016.

                    /s/Randall C. Whattoff
                    RANDALL C. WHATTOFF
                    KAMALA S. HAAKE
                    Attorneys for Defendants
                    FOUR SEASONS HOTELS LIMITED,
                    3900 WA ASSOCIATES, LLC dba
                    FOUR SEASONS RESORT MAUI AT
                    WAILEA and HUALALAI INVESTORS, LLC