COX FRICKE LLP
A Limited Liability Law Partnership LLP

RANDALL C. WHATTOFF   9487-0
   rwhattoff@cfhawaii.com
KAMALA S. HAAKE   9515-0
   khaake@cfhawaii.com
800 Bethel Street, Suite 600
Honolulu, Hawai'i 96813
Telephone: (808) 585-9440
Facsimile: (808) 275-3276

Attorneys for Defendants
FOUR SEASONS HOTELS LIMITED,
3900 WA ASSOCIATES, LLC dba
FOUR SEASONS RESORT MAUI AT WAILEA
and HUALALAI INVESTORS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VINCENT KHOURY TYLOR and VINCENT SCOTT TYLOR,<br><br>Plaintiffs,<br><br>vs.<br><br>FOUR SEASONS HOTELS LIMITED, a Canada Corporation, dba FOUR SEASONS RESORT MAUI AT WAILEA and/or FOUR SEASONS RESORT HUALALAI; 3900 WA ASSOCIATES, LLC, a Delaware Corporation, dba FOUR SEASONS RESORT MAUI AT WAILEA; HUALALAI INVESTORS, LLC, a Delaware Corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE | CV 16-00177 ACK-RLP<br><br>CERTIFICATE OF SERVICE<br><br>(Re: Defendants Four Seasons Hotels Limited; 3900 WA Associates, LLC dba Four Seasons Resort Maui at Wailea; and Hualalai Investors, LLC's Offer of Judgment Pursuant to Rule 68 of the Federal Rules of Civil Procedure)<br><br>No Trial Date Set |

CORPORATIONS 1-10; DOE
PARTNERSHIPS 1-10; and DOE
ASSOCIATIONS 1-10,

        Defendants.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of *Defendants Four Seasons Hotels Limited; 3900 WA Associates, LLC dba Four Seasons Resort Maui at Wailea; and Hualalai Investors, LLC's Offer of Judgment Pursuant to Rule 68 of the Federal Rules of Civil Procedure* were served on this date in the following manner:

|  | HAND DELIVERY | U.S. MAIL POSTAGE PREPAID | CM/ECF |
|---|---|---|---|
| J. STEPHEN STREET, ESQ.<br>134 Maono Place<br>Honolulu, Hawai'i 96821<br>jsstreet@ip-law-hawaii.com | [ ] | [ X ] | [ ] |

|  | **HAND DELIVERY** | **U.S. MAIL POSTAGE PREPAID** | **CM/ECF** |
|---|---|---|---|
| DANE ANDERSON, ESQ.<br>P.O. Box #1621<br>Honolulu, Hawai'i 96806<br>dane@andersonlawhawaii.com<br><br>Attorneys for Plaintiffs | [ ] | [ X ] | [ ] |

DATED: Honolulu, Hawai'i, December 22, 2016.

/s/ Randall C. Whattoff
RANDALL C. WHATTOFF
KAMALA S. HAAKE

Attorneys for Defendants
FOUR SEASONS HOTELS LIMITED,
3900 WA ASSOCIATES, LLC dba
FOUR SEASONS RESORT MAUI AT
WAILEA and HUALALAI INVESTORS, LLC