J. STEPHEN STREET    1573-0
Attorney At Law
134 Maono Place
Honolulu, Hawaii  96821
Telephone No.:    (808) 754-1647
Facsimile No.:    (888) 334-6499
E-mail:    jsstreet@ip-law-hawaii.com

DANE ANDERSON    9349-0
Attorney At Law, LLLC
P.O. Box #1621
Honolulu, Hawaii  96806
Telephone No.:    (808) 285-4760
E-mail:    dane@andersonlawhawaii.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VINCENT KHOURY TYLOR and VINCENT SCOTT TYLOR,<br><br>    Plaintiffs,<br><br>    vs.<br><br>FOUR SEASONS HOTELS LIMITED, a Canada Corporation, dba FOUR SEASONS RESORT MAUI AT WAILEA and/or FOUR SEASONS RESORT HUALALAI; 3900 WA ASSOCIATES, LLC, a Delaware Corporation, dba FOUR SEASONS RESORT MAUI AT WAILEA; HUALALAI INVESTORS, LLC, a Delaware Corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE | ) CIVIL NO. <u>16-00177 ACK-RLP</u><br>) (Copyright Infringement)<br>)<br>) PLAINTIFFS' NOTICE OF<br>) ACCEPTANCE OF DEFENDANTS<br>) FOUR SEASONS HOTELS<br>) LIMITED'S AND 3900 WA<br>) ASSOCIATES, LLC'S AND<br>) HUALALAI INVESTORS, LLC'S<br>) OFFER OF JUDGMENT PURSUANT<br>) TO RULE 68 OF THE FEDERAL<br>) RULES OF CIVIL PROCEDURE;<br>) DEFENDANTS FOUR SEASONS<br>) HOTELS LIMITED; 3900 WA<br>) ASSOCIATES, LLC DBA FOUR<br>) SEASONS RESORT MAUI AT<br>) WAILEA; AND HUALALAI<br>) INVESTORS, LLC'S OFFER OF<br>) JUDGMENT PURSUANT TO RULE |

| | |
|---|---|
| PARTNERSHIPS 1-10; and DOE ASSOCIATIONS 1-10,<br><br>                Defendants. | ) 68 OF THE FEDERAL RULES OF<br>) CIVIL PROCEDURE; PROOF OF<br>) SERVICE<br>)<br>) Trial Date: July 11, 2017 |

## PLAINTIFFS' NOTICE OF ACCEPTANCE OF DEFENDANTS FOUR SEASONS HOTELS LIMITED'S AND 3900 WA ASSOCIATES, LLC'S AND HUALALAI INVESTORS, LLC'S OFFER OF JUDGMENT PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Plaintiffs VINCENT KHOURY TYLOR and VINCENT SCOTT TYLOR (collectively "Plaintiffs"), by and through their attorneys, J. Stephen Street, Attorney at Law, and Dane Anderson, Attorney at Law, LLLC, hereby give Notice of Acceptance of Defendants FOUR SEASONS HOTELS LIMITED'S and 3900 WA ASSOCIATES, LLC'S and HUALALAI INVESTORS, LLC'S Offer of Judgment Pursuant to Rule 68 Of The Federal Rules of Civil Procedure, dated December 22, 2016, attached hereto, in the total sum of $45,000.

        DATED: Honolulu, Hawaii, January 5, 2017.

_____<br>
J. STEPHEN STREET<br>
DANE ANDERSON<br>
Attorneys for Plaintiffs