COX FRICKE LLP
A LIMITED LIABILITY LAW PARTNERSHIP LLP

RANDALL C. WHATTOFF    9487-0
   rwhattoff@cfhawaii.com
KAMALA S. HAAKE    9515-0
   khaake@cfhawaii.com
800 Bethel Street, Suite 600
Honolulu, Hawai'i 96813
Telephone: (808) 585-9440
Facsimile: (808) 275-3276

Attorneys for Defendants
FOUR SEASONS HOTELS LIMITED,
3900 WA ASSOCIATES, LLC dba
FOUR SEASONS RESORT MAUI AT WAILEA
and HUALALAI INVESTORS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VINCENT KHOURY TYLOR and VINCENT SCOTT TYLOR,<br><br>    Plaintiffs,<br><br>vs.<br><br>FOUR SEASONS HOTELS LIMITED, a Canada Corporation, dba FOUR SEASONS RESORT MAUI AT WAILEA and/or FOUR SEASONS RESORT HUALALAI; 3900 WA ASSOCIATES, LLC, a Delaware Corporation, dba FOUR SEASONS RESORT MAUI AT WAILEA; HUALALAI INVESTORS, LLC, a Delaware Corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE | CV 16-00177 ACK-RLP<br><br>DEFENDANTS FOUR SEASONS HOTELS LIMITED; 3900 WA ASSOCIATES, LLC DBA FOUR SEASONS RESORT MAUI AT WAILEA; AND HUALALAI INVESTORS, LLC'S OFFER OF JUDGMENT PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>No Trial Date Set |

CORPORATIONS 1-10; DOE
PARTNERSHIPS 1-10; and DOE
ASSOCIATIONS 1-10,

        Defendants.

**DEFENDANTS FOUR SEASONS HOTELS LIMITED; 3900 WA ASSOCIATES, LLC DBA FOUR SEASONS RESORT MAUI AT WAILEA; AND HUALALAI INVESTORS, LLC'S OFFER OF JUDGMENT PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Defendants Four Seasons Hotels Limited; 3900 WA Associates, LLC dba Four Seasons Resort Maui at Wailea; and Hualalai Investors, LLC (collectively "Defendants") hereby offer to allow entry of judgment to be taken against them in the above captioned action (the "Action") pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows: Judgment in favor of Plaintiffs Vincent Khoury Tylor and Vincent Scott Tylor (collectively "Plaintiffs"), and against Defendants, in the total sum of $45,000 (forty five thousand dollars), which amount shall <u>include</u> all allowable costs, attorneys' fees, interest, or other amounts of any kind or type whatsoever to which Plaintiffs may be entitled as a result of the Action. If accepted, this shall be the complete and total relief and amount to be paid by Defendants on account of any and all liability claimed in the Action, including all damages, equitable relief, injunctive relief, costs of suit, prejudgment

interest, attorneys' fees, and anything else otherwise recoverable in this action by Plaintiffs.

NOTICE IS HEREBY GIVEN that if this offer of judgment is not accepted by Plaintiffs within 14 days after service, it is withdrawn. Pursuant to Rule 68, "[i]f the judgment that [Plaintiffs] finally obtain[] is not more favorable than the unaccepted offer, [Plaintiffs] must pay the costs incurred [by Defendant] after the offer was made."

DATED: Honolulu, Hawai'i, December 22, 2016.

_____
RANDALL C. WHATTOFF
KAMALA S. HAAKE

Attorneys for Defendants
FOUR SEASONS HOTELS LIMITED,
3900 WA ASSOCIATES, LLC dba
FOUR SEASONS RESORT MAUI AT
WAILEA and HUALALAI INVESTORS, LLC