IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VINCENT KHOURY TYLOR and VINCENT SCOTT TYLOR, <br><br> Plaintiffs, <br><br> vs. <br><br> FOUR SEASONS HOTELS LIMITED, a Canada Corporation, dba FOUR SEASONS RESORT MAUI AT WAILEA and/or FOUR SEASONS RESORT HUALALAI; 3900 WA ASSOCIATES, LLC, a Delaware Corporation, dba FOUR SEASONS RESORT MAUI AT WAILEA; HUALALAI INVESTORS, LLC, a Delaware Corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ASSOCIATIONS 1-10, <br><br> Defendants. | CIVIL NO. 16-00177 ACK-RLP <br> (Copyright Infringement) <br><br> ORDER FOR ENTRY OF JUDGMENT |

## ORDER FOR ENTRY OF JUDGMENT

An Offer of Judgment, pursuant to Rule 68 of the Federal Rules of

Civil Procedure, having been made by Defendants FOUR SEASONS HOTELS

LIMITED; 3900 WA ASSOCIATES, LLC; and HUALALAI

INVESTORS, LLC (collectively "Defendants") and filed with this Court, and

Plaintiffs VINCENT KHOURY TYLOR's and VINCENT SCOTT TYLOR's

(collectively "Plaintiffs") timely Notice of Acceptance of this Offer of Judgment and the Proof of Service also having been filed with this Court, the Court directs the Clerk of Court to enter judgment in favor of Plaintiffs and against Defendants in the total sum of FORTY FIVE THOUSAND DOLLARS ($45,000), inclusive of all allowable costs, attorneys' fees, interest, or other amounts of any kind or type whatsoever to which Plaintiffs may be entitled as a result of the action. This judgment shall be the complete and total relief and amount to be paid by Defendants on account of any and all liability claimed in the action, including all damages, equitable relief, injunctive relief, costs of suit, prejudgment interest, attorneys' fees, and anything else otherwise recoverable in this action by Plaintiffs.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 10, 2017.

_____
Alan C. Kay
Sr. United States District Judge

Vincent Khoury Tylor, et al. v. Four Seasons Hotels Limited at al., Civ. No. 16-00177 ACK-RLP, Order for Entry of Judgment