J. STEPHEN STREET     1573-0
Attorney At Law
134 Maono Place
Honolulu, Hawaii  96821
Telephone No.:     (808) 754-1647
Facsimile No.:     (888) 334-6499
E-mail:     jsstreet@ip-law-hawaii.com

DANE ANDERSON     9349-0
Attorney At Law, LLLC
P.O. Box #1621
Honolulu, Hawaii  96806
Telephone No.:     (808) 285-4760
E-mail:     dane@andersonlawhawaii.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VINCENT KHOURY TYLOR and VINCENT SCOTT TYLOR,<br><br>Plaintiffs,<br><br>vs.<br><br>FOUR SEASONS HOTELS LIMITED, a Canada Corporation, dba FOUR SEASONS RESORT MAUI AT WAILEA and/or FOUR SEASONS RESORT HUALALAI; 3900 WA ASSOCIATES, LLC, a Delaware Corporation, dba FOUR SEASONS RESORT MAUI AT WAILEA; HUALALAI INVESTORS, LLC, a Delaware Corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE | CIVIL NO. <u>16-00177 ACK-RLP</u><br>(Copyright Infringement)<br><br>SATISFACTION OF JUDGMENT; CERTIFICATE OF SERVICE |

| | |
|---|---|
| PARTNERSHIPS 1-10; and DOE ASSOCIATIONS 1-10, | ) ) ) |
| Defendants. | ) ) |
| _____ | ) |

## SATISFACTION OF JUDGMENT

WHEREAS, on January 10, 2017, judgment was entered in the above action (the "Judgment") in favor of Plaintiffs VINCENT KHOURY TYLOR and VINCENT SCOTT TYLOR (collectively, "Plaintiffs") and against Defendants FOUR SEASONS HOTELS LIMITED, 3900 WA ASSOCIATES, LLC dba FOUR SEASONS RESORT MAUI AT WAILEA, and HUALALAI INVESTORS, LLC (collectively, "Defendants"), pursuant to Defendants' December 22, 2016 Offer of Judgment Pursuant to Rule 68 of the Federal Rules of Civil Procedure.

WHEREAS, the Judgment has now been fully satisfied, and said Judgment does not entitle Plaintiffs to any additional compensation or relief.

WHEREAS, Plaintiffs are not entitled to any post-judgment interest related to the Judgment.

THEREFORE, full and complete satisfaction of the Judgment is hereby acknowledged and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said Judgment. Plaintiffs further acknowledge that all relief due under the Judgment, or

otherwise due as a result of this action, has been paid to them.

DATED: Honolulu, Hawaiʻi, January 23, 2017.

/s/ Dane Anderson
J. STEPHEN STREET
DANE ANDERSON
Attorneys for Plaintiffs
VINCENT KHOURY TYLOR and
VINCENT SCOTT TYLOR